# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Spencer Michael Listo**; DOB: 1984; United States<br>**Maria Rios**; DOB: 1980; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-01569MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 14, 2025, 2025, in the District of Arizona, **Spencer Michael Listo** and **Maria Rios**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Geovanni Luis Barrios-Perez and Norberto Efrain Rueda-Mancinas, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 14, 2025, in the District of Arizona (Three Points), at approximately 11:40 p.m., Border Patrol Agents (BPAs) monitoring vehicle traffic near the intersection of State Route (SR) 86 and SR 286, observed a black Hyundai Santa Fe and a silver Honda Civic traveling westbound in tandem. BPAs noted at this time of night, there area no businesses open near Three Points, Arizona and the immigration checkpoint located on SR 86 was closed at this time due to operational priorities. BPAs ran records checks on both vehicles and learned that the black Hyundai Santa Fe was seized on January 20, 2025, for alien smuggling which was being driven at the time by a subject identified as **Maria RIOS**. Records checks also revealed that the silver Honda Civic had alerts for being in tandem with the Hyundai, possibly attempting to pick up illegal contraband or Illegal Aliens (IAs) in a known smuggling area, east of the SR 86 immigration checkpoint. At approximately 12:43 a.m., BPAs observed the black Hyundai traveling back eastbound, passing the SR 86 and SR 286 intersection. At this point, other BPAs in the area were alerted of the black Hyundai while BPAs searched for the silver Honda. At the intersection of SR 86 and Hayhook Road, BPAs located the silver Honda traveling eastbound on SR 86. BPAs confirmed it was the same vehicle and initiated a vehicle stop for an immigration inspection on the vehicle's occupants. The vehicle yielded near mile marker 152 on SR 86 and BPAs approached the vehicle where they observed a subject wearing camouflage clothing laying down in the back seat. BPAs asked the driver, later identified as **Spencer Michael LISTO**, if he knew the occupants in the vehicle to which he stated no. **LISTO** stated he had picked up the subjects down the road, passed the checkpoint. BPAs then conducted an immigration inspection and determined the two passengers, later identified as Geovanni Luis Barrios-Perez and Norberto Efrain Rueda-Mancinas, to be citizens of Mexico, illegally present in the United States. Records checks revealed that Geovanni Luis Barrios-Perez and Norberto Efrain Rueda-Mancinas do not possess the proper documentation to enter, pass through or remain in the United States legally. BPAs asked **LISTO** if he was following the black SUV to which he stated he was. While on the vehicle stop with **LISTO**, other BPAs located the black Hyundai parked on West Doyle Street, facing SR 86 approximately 50 feet from the highway. BPAs parked in front of the vehicle and observed a female subject sitting in the driver's seat, later identified as **Maria RIOS**.
**Continued on next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Geovanni Luis Barrios-Perez and Norberto Efrain Rueda-Mancinas

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*/signature/*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ ||
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*/signature/* | DATE<br>March 17, 2025 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from front page.** 25-01569MJ

BPAs received confirmation that **LISTO** had identified the black Hyundai as being the scout vehicle and BPAs then took **RIOS** into custody for conspiracy to transport IAs. **RIOS** had two cell phones in her possession.

BPAs searched the vehicle driven by **LISTO** and located two cell phones. BPAs asked **LISTO** if the phones belonged to him, and he said no. BPAs observed a phone number displaying on one of the phones. At the station, BPAs dialed the number that was visible on the phone from the station's land line and, upon doing so, the phone that belonged to **RIOS's** son started to ring.

Material witness Geovanni Luis Barrios-Perez stated he is a citizen of Mexico, and he was going to pay $11,000 to be smuggled into the United States. He illegally crossed into the United States with two other subjects, and they walked for approximately 20 hours until they reached their load up location. A man, later identified as **LISTO**, arrived in a small grey four-door vehicle, and instructed the group to get into the vehicle and lay down. They drove for approximately one hour before they were stopped and arrested by Border Patrol.

Material witness Norberto Efrain Rueda-Mancinas stated he is a citizen of Mexico, and he was going to pay $15,000 to be smuggled into the United States. He illegally crossed into the United States with four other subjects, and they walked for four days before they reached their load up location. A man, later identified as **LISTO**, arrived in a small grey four-door vehicle, and instructed the group to get into the vehicle and lay down. They then drove for approximately two hours before they were stopped and arrested by Border Patrol.